# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKee, Theodore A. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 10/23/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA,
PA. 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii for information)* |
| 2. TRUSTEE | TEMPLE UNIVERSITY |
| 3. TRUSTEE | SYRACUSE UNIVERSITY |
| 4. DIRECTOR | VERA INSTTUTE OF JUSTICE |
| 5. BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 6. BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | JOINT COMMISSION |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VERA INSTITUTE OF JUSTICE | 1/14/15 TO 1/14/15 | NEW YORK CITY | BOARD RETREAT | TRANSPORTATION |
| 2. | PA. BAR ASSOCIATION | 1/26/15 TO 2/2/15 | JAMAICA | MIDYEAR MEETING - I WAS PART OF A PANEL PRESENTATIN | TRANSPORTATION, LODGING |
| 3. | NEW YORK UNIVERSITY | 3/27/15 | NEW YORK CITY | INTERVIEWING CANDIDATES FOR PUBLIC INTEREST FELLOWSHIP | TRANSPORTATION AND LODING |
| 4. | SYRACUSE UNIVERSITY | 3/31/15 TO 4/2/15 | SYRACUSE NEW YORK | MOOT COURT | TRANSPORTATION AND LODING |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

| 5. | AMERICAN CONSTITUTION SOCIETY | 6/11/15 TO 12 | WASHINGTON, D.C. | PANEL PRESENTATION AT ANNUAL MEETNG | TRANSPORTATION |
|---|---|---|---|---|---|
| 6. | VERA INSTITUTE OF JUSTICE | 10/16/15 | NEW YORK CITY | BOARD MEETING | TRANSPORTATION |
| 7. | VERA INSTITUTE OF JUSTICE | 12/3/15 | NEW YORK CITY | BOARD MEETING | TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. COCA COLA *(see section viii) | | | | | | | | | |
| 3. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 4. DOMINI SOCIAL INDEX FUND | A | Dividend | | | Closed | 4/24/15 | J | B | |
| 5. JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 6. VERIZON | A | Dividend | J | T | | | | | |
| 7. CISCO | A | Dividend | J | T | | | | | |
| 8. WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |
| 9. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 10. FRANKLIN FLTG RATE FCRX | A | Dividend | J | T | | | | | |
| 11. CALVERT INCOME FUND | A | Dividend | J | T | | | | | |
| 12. AMERICAN EURO PACIFIC | A | Dividend | J | T | | | | | |
| 13. GFACX-AMERICAN GROWTH FUND | A | Dividend | J | T | | | | | |
| 14. CALVERT GLOBAL WATER FUND | A | Dividend | J | T | Buy (add'l) | 2/0/15 | J | | |
| 15. CALVERT GLOBAL WATER FUND | A | Dividend | J | T | Buy (add'l) | 3/24/16 | J | | |
| 16. CALVERT GLOBAL WATER FUND | A | Dividend | | T | Buy (add'l) | 4/10/16 | J | | |
| 17. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. JOHN HANCOCK MUTUAL FUND (JCVCX) | A | Dividend | J | T | | | | | |
| 19. DREYFUS FUND STRUCTRED MID CAP FD CL C | A | Dividend | J | T | | | | | |
| 20. CARLISLE COMPANIES (CSL) | A | Dividend | J | T | | | | | |
| 21. AMERICAN BOND FUND (ABNDX) | A | Dividend | J | T | | | | | |
| 22. SENTINEL FUNDS SS CORE A | A | Dividend | J | T | | | | | |
| 23. SENTINEL FUNDS SS MID CAP A | A | Dividend | J | T | | | | | |
| 24. PNC MONEY MARKET ACCOUNT (SEE SECTION VIII) | A | Dividend | J | T | | | | | |
| 25. APPLE INC (APPL) | A | Dividend | J | T | Buy | 3/18/16 | J | | |
| 26. APPLE INC (APPL) | A | Dividend | J | T | Buy | 3/11/16 | J | | |
| 27. APPLE INX (APPL) | A | Dividend | J | T | Buy | 3/24/16 | J | | |
| 28. BARCLAYS IPATH BLOOMBERG COFFEE ETN (J0) (see section viii) | A | Dividend | | | Closed | 2/10/201 | J | C | |
| 29. INTEL | A | Dividend | J | T | | | | | |
| 30. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | | | | | |
| 31. AMERICAN EURO PACIFIC FUND (AEPGX) | A | Dividend | J | T | | | | | |
| 32. VECTRON CORP | | | | | | | | | |
| 33. AMERICAN CENT MID CAP VALUE INV SHS | A | Dividend | J | T | | | | | |
| 34. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. A G L RESOURCES (GAS) | A | Dividend | | | Closed | 3/11/15 | J | A | |
| 36. GUIDESTONE GLBL BD FD INV (GGBFX) | A | Dividend | J | T | Open | 3/4/15 | J | | |
| 37. COHEN & STEERS RALTY SHARES (CSRSX) | A | Dividend | J | T | | | | | |
| 38. DELAWARE VALUE FUND (DDVIX) | A | Dividend | J | T | | | | | |
| 39. EATON VANCE FUND INSTITUTIONAL (EIGMX) | A | Dividend | J | T | | | | | |
| 40. FEDERATED TOTAL RETURNS (FTRBX) | A | Dividend | J | T | | | | | |
| 41. FIDELITY ADVISERS FL RATE HIGH (FFRIX) | A | Dividend | J | T | | | | | |
| 42. HARBOR CAPITAL APPR INSTL (HACAX) | A | Dividend | J | T | | | | | |
| 43. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 44. MAINSTAY EPOCH GLOBAL EQUITY | A | Dividend | J | T | | | | | |
| 45. METROPOLITAN WEST TOATL RETURN CLASS I | A | Dividend | J | T | | | | | |
| 46. OPPENHEIMER DEV MARKETS | A | Dividend | J | T | | | | | |
| 47. OPPENHEIMER INTL GROWTH FD Y | A | Dividend | J | T | | | | | |
| 48. POWERSHARES FTS RAFI US 1000 ISIN | A | Dividend | J | T | | | | | |
| 49. T. ROWE PRICE MID CAP GROWTH | A | Dividend | J | T | | | | | |
| 50. T. ROW PRICE INTL DISCOVERY | A | Dividend | J | T | | | | | |
| 51. ROYCE OPPORTUNITY FD SVCS CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TEMPLETON GLOBAL BOND ADVISOR FD CLASS | A | Dividend | J | T | | | | | |
| 53. AMERICAN CENTURY MID CAP VALUE INV SHS | A | Dividend | J | T | | | | | |
| 54. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | | | | | |
| 55. AMERICAN BOND FUND (ABNDX) | A | Dividend | J | T | | | | | |
| 56. AMERICAN NEW PERSPECTIVE FUND (ANWPX) | A | Dividend | J | T | | | | | |
| 57. ISHARES RUSSELL 1000 GROWTH ETF | A | Dividend | J | T | | | | | |
| 58. ISHARES RUSSELL 2000 GROWTH ETF | A | Dividend | J | T | | | | | |
| 59. AMER CAPITAL GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 60. TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTIN VII, LINE 2 COCA COLA: I have historically carried these shares on my FDR and entered the information for them. However, the shares in the account are deminimis and need not be reported. I will therefore cease including this equity with this report.

SECTION VII LINE 27 - I AM ONCE AGAIN LISTING THIS AS IT IS MY UNDERSTANDING THAT THE LOCATION OF OUR ACCOUNTS IS REQUIRED BY LAW. AS I HAVE REPEATEDLY SAID ON THESE REPORTS, I SEE NO REASON FOR REQUIRING DISCLOSURE OF WHERE BANK ACCOUNTS ARE HELD. THIS IS AN INVITATION TO IDENTITY THEFT AND FRAUD AND THE RISK OF THAT FAR OUTWEIGHS ANY EPHEMERAL BENEFIT THAT CAN BE THEORIZED FROM THE DISCLOSURE. IN AN ARTICLE ON THIS TOPIC SINCE MY LAST REPORT WAS FILED, ONE OF THE PEOPLE WHO WAS CONSULTED TRIED TO JUSTIFY THIS BY SAYING THAT THE FINANCIAL INSTITUTION COULD BE INVOLVED IN ONE OF THE GROWING NUMBER OF CLASS ACTIONS AND DISCLOSURE OF WHERE OUR ACCOUNTS ARE HELD IS THERFORE JUSTIFIABLE. RIDICULOUS. IF THAT IS THE BASIS FOR DISCLOSING THIS, WHY NOT DISCLOSE THE MANUFACTURER OF THE CAR(S) WE OWN AS PRODUCT LIABILITY SUITS ARE MUCH MORE FREQUENT THAN CLASS ACTIONS AGAINST BANKS. THE SAME IS TRUE FOR THE KIND OF LAWNMOWER WE OWN, OUR MICROWAVES, WHAT KIND OF HEATING PAD WE USE, OR THE BRAND OF OUR REFRIDGERATOR, ETC. EACH OF THOSE ENTITIES HAS A POSSIBILTY OF INVOVLEMENT IN LITIGATON. IN FACT, FOR CARS, IT IS MORE THAN A THEORETICAL POSSIBILITY AS IS EVIDENT FROM THE NEWS ACCOUNTS IN RECENT YEARS.

SECTION VII LINE 28: I AM SHOWING THAT I CLOSED A POSITION IN BARCLAYS BANK IPATH SHARES HERE THAT WAS INADVERTENTY OMITTED FROM MY 2014 REPORT. THESE SHARES WERE PURCHASED ON 9/20/2014 AND 9/26/14; FOR A VALUE CODE OF J. THE VALUE AT THE END OF 2014 WAS J AND THE FORM OF DIVIDEND AS DETERMINED BY VALULE METHOD T.

THE FINAL PARAGRAPH OF YOUR SEPT 23, 2016 LETTER INFORMS ME THAT I HAD INCLUDED "AMERICAN CAPITTAL WORLD GROWTH FUND 9CWGIX) AND VANGUARD TOTAL BOND MKT FUND (VBMFX) IN MY 2014 REPORT BUT OMITTED THEM FROM MY 2015 REPORT. I HAVE NOW ADDED THE REQUIRD INFORMATIN FOR CWGIX ON LINE 59 OF SECTION VII. HOWEVER, I CAN FIND NO INFORMATION WHATSOEVER FOR THE VANGUARD TOTAL BOND MARKET FUND. I HAVE CALLED THE INVESTMENT ADVISER AT THE BROKERAGE WHERE THIS FUND WOULD HAVE BEEN HELD AND SHE SEARCHED OUR ACCOUNTS BACK TO 2010 WITHOUT BEING ABLE TO FIND IT. I AM THERFORE CONFIDENT THAT IT WAS SOMEHOW LISTED IN ERROR ON THE 2014 REPORT AND SHOULD NEVER HAVE BEEN LISTED THERE. PLEASE ACCEPT THIS AS AN AMENDMENT OF THE 2014 REPORT.

SECTION VII; LINE 60: YOU HAVE ASKED ME TO INCLUDE INVESTMENTS HELD IN OUR IRA ACCOUNTS AT TIAA CREF AND REPORT "REQUIRED DETAILS SUCH AS INCOME AND VALUE THAT ARE REQUIRED FOR EACH ASSET," THAT WAS LISTED IN SECTION VIII OF MY 2014 REPORT BUT OMITTED FROM MY 2015 REPORT. YOU NOTE THAT THE REASON THAT I DID NOT INCLUDE THE "REQUIRED DETAILS" ON MY 2014 REPORT WAS THAT THERE WAS NO INVESTMENT ACTIVITY. THAT IS ONLY PARTLY ACCURATE. I DID NOT INCLUDE THEM IN MY 2014 REPORT BECAUSE WE HAVE ABSOLUTELY NO CONTROL OVER THOSE INVESTMENTS. THE INVESTMENT ADVISOR WHOM WE WORK WITH SELECTS VARIOUS FUNDS FOR OUR RETIREMENT ACCOUNTS, WE DO NOT. WE ALSO DO NOT GIVE HIM ANY INSTRUCTIONS AS TO WHEN TO SELL ANY SUCH FUNDS OR ACQUIRE NEW ONES. ACCORDINGLY, THERE SEEMED TO BE ABSOLUTLEY NO PURPOSE IN LISTING THE DETAIL YOU ARE NOW SUGGESTING WAS OMITTED, ACCORDINGLY, I DID NOT INTERPRET THE APPLIABLE STATUTES OR RULES AS REQUIRING INFORMATION THAT IS ABSOLUTELY USELESS INSOFAR AS THE VERY LEGITIMATE AND LAUDABLE OBJECTIVES OF THE REPORTING REQUIREMENTS ARE CONCERNED.. INDEED, WE DO NOT EVEN KNOW THE FUNDS THAT ARE HELD IN THOSE IRA ACCOUNTS, AND I HAD TO MAKE A SPECIFIC REQUEST OF OUR ADVISOR TO OBTAIN THAT INFORMATION FROM HIM. NEVERTHELESS, I ASSUME THAT THE NAMES OF THE FUNDS HELD IN THOSE ACCOUNTS SHOULD HAVE BEEN INCLUDED ON MY ORIGINAL 2015 FDR. I AM NOW DISCLOSRING THAT INFORMATION. FOR EACH OF THOSE FUNDS, THE VALUE CODE AT THE END OF 2015 WOULD HAVE BEEN "J" AS DETERMINED BY METHOD "T". THE FUNDS HELD UNDER THE IRA ACCOUNTS AT TIAA-CREFF ARE AS FOLLOWS AND THAT VALUE CODE AND METHOD APPLES TO EACH OF THEM:

TIAA Traditional
Teachers Personal Annuity Fixed Account
CREF Stock R2
CREF Global Equities R2
TIAA-CREF Mid Cap Value
TIAA-CREF International Equity Index
DFA Emerging Market Core Equity Portfolio
DFA US Targeted Value
TIAA-CREF Large Cap Value
American Century Value Fund
Delaware Small Cap Value Fund
Harding Loevner Institutional Emerging Markets
John Hancock International Growth Fund
MFS International New Discovery Fund
Prudential Jennison 20/20 Focus Fund
TIAA Real Estate
CREF Bond

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 10/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CREF Inflation-Link Bond
Vanguard Total Bond Market Index
Delaware Diversified Income Fund
IShares TR CORE US
IShares TR TIPS
Mainstay High Yield Corporate Bond Fund
USAA Short Term Bond Fund
Vanguard Bond Index Short Term
CREF Money Market
TIAA-CREF Lifecycle Index 2015 Fund
PIMCO Emerging Local Bond

I STRESS, HOWEVER, THAT WE DID NOT SELECT THESE FUNDS. I DO NOT RECALL IF WE WERE EVEN INFORMED OF THE NAMES OF THE FUNDS THAT WERE GOING TO BE HELD IN THE IRA ACCOUNTS. HOWEVER, WE CLEARLY HAVE NO CONTROL OVER THE PURCHASE OR SALE OF ANY OF THOSE FUNDS WHILE THEY ARE IN THE IRA ACCOUNTS.

MY 2014 REPORT WAS CLOSED WITHOUT DETAILING INVESTMENT ACTIVITY OR VALUE CODES FOR THE FUNDS HELD IN TIAA AND, GIVEN THE NATURE OF OUR TIAA IRA ACOUNTS AS I HAVE EXPLAINED ON THE 2014 REPORT AND HEREIN, THAT APPEARS TO BE PERFECTLY APPROPRIATE AND IN ACCORD WITH THE REPORTING REQUIREMENTS.
NEVERTHELESS, OUT OF AN ABUNDANCE OF CAUTION, I WILL HEREBY DECLARE THAT, TO THE BEST OF MY KNOWLEDGE AND REOLLECTION, I DID NOT PARTICIPATE IN ANY APPEAL WHERE ANY OF THE ENTITIES SET FORTH ABOVE WAS A PARTY OR HAD AN INTEREST. THE SAME IS TRUE IN 204.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore A. McKee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544